Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>DAVANTI DIGITAL MEDIA, LLC, a New Jersey Limited Liability Company, VERONICA WRENN, an individual,<br><br>　　　　　Defendants. | **Case No: 8:16-cv-01355 DOC (JCGx)**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br><br><br>Judge: Hon. David O. Carter |

Notice of Voluntary Dismissal

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is voluntarily dismissed, <u>with prejudice</u> against all defendants (DAVANTI DIGITIAL MEDIA, LLC, and VERONICA WRENN, an individual) pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).  None of the Defendants have filed or served an answer nor motion for summary judgment, therefore this Notice serves as the dismissal without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED:  September 26, 2016        **PRATO & REICHMAN, APC**

<u>/s/Christopher J. Reichman, Esq.</u>
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
PAUL SAPAN

Notice of Voluntary Dismissal